Liza M. Walsh
Christine I. Gannon
Katelyn O'Reilly
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 600
Newark, N.J. 07102
Tel.: (973) 757-1100

*Attorneys for Defendant*
*Actavis Laboratories UT, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HORIZON PHARMA IRELAND LIMITED, HZNP LIMITED and HORIZON PHARMA USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS LABORATORIES UT, INC., <br><br> Defendant. | Civil Action Nos. 1:14-cv-07992; 1:15-cv-07742; 1:16-cv-00645; 1:16-cv-05051 (NLH-AMD) <br><br> *Electronically Filed* |

### NOTICE OF WITHDRAWAL OF COUNSEL ADMITTED *PRO HAC VICE* AND REMOVAL FROM ELECTRONIC NOTIFICATION

**PLEASE TAKE NOTICE** that Ralph J. Gabric, Laura A. Lydigsen, Joshua E. Ney, Ph.D., Joshua H. James, Andrew McElligott, and Mark H. Remus of the law firm of Brinks Gilson & Lione withdraw their *pro hac vice* admission on behalf of Defendant Actavis Laboratories UT, Inc. ("Actavis") in the above-captioned matters and request removal from electronic notification.

**PLEASE TAKE FURTHER NOTICE** that Actavis will continue to be represented by Walsh Pizzi O'Reilly Falanga LLP and Sterne, Kessler, Goldstein & Fox P.L.L.C., and that Liza M. Walsh of Walsh Pizzi O'Reilly Falanga LLP has been duly and properly designated by the

Court as the "lead attorney to be noticed" on behalf of Actavis for purposes of the Case Management/Electronic Filing System.

Dated:  August 15, 2017

WALSH PIZZI O'REILLY FALANGA LLP

/s/*Liza M. Walsh*
Liza M. Walsh
Christine I. Gannon
Katelyn O'Reilly
One Riverfront Plaza
1037 Raymond Blvd., Suite 600
Newark, NJ 07102
Phone: (973) 757-1100
Fax: (973) 757-1090

*Attorneys for Defendant*
*Actavis Laboratories UT, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2017, the foregoing was filed via CM/ECF with the Clerk of the Court and was thereby served on all counsel of record in these matters.


Dated: August 15, 2017                    *s/Liza M. Walsh*
                                          Liza M. Walsh